ELIAS BROMAN, Respondent, v. GEORGE G. JOHNSON, Appellant.

(Eight cases with same title.)

*George Miller* for the respondent.

Affirmed by default; LOTT, Ch. C., not voting.

---

SAMUEL M. ELLIOTT, Appellant, v. ABRAM B. VANDERPOEL et al., Respondents.

*F. S. Cooke* for the respondents.

Affirmed by default; LOTT, Ch. C., not voting.